**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Darrell & Janine Gustafson, d/b/a<br>1 Stop Market, | )<br>)<br>) | **ORDER** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Linus Poitra and Raymond Poitra, | ) | Case No. 4:12-cv-129 |
| | ) | |
| Defendants. | ) | |

The court shall conduct a status conference with the parties in the above-captions action on January 30, 2014, at 10:00 a.m. The conference shall be conducted via telephone conference call to be initiated by the court. Prior to the conference, defendants shall provide the court with updated contact information, including a telephone number at which they can be reached for the conference.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2014.

                                                                                    */s/ Charles S. Miller, Jr.*
                                                                                    Charles S. Miller, Jr., Magistrate Judge
                                                                                    United States District Court