# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Darrell & Janine Gustafson, d/b/a 1 Stop Market, | ) ) ) **ORDER** |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| Linus Poitra and Raymond Poitra, | ) Case No. 4:12-cv-129 ) |
| Defendants. | ) |

The court shall conduct a status conference with the parties in the above-captions action on January 30, 2014, at 10:00 a.m. The conference shall be conducted via telephone conference call to be initiated by the court. Prior to the conference, defendants shall provide the court with updated contact information, including a telephone number at which they can be reached for the conference.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2014.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court