**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Darrel & Janine Gustafson, d/b/a 1 Stop Market, ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| vs. ) ) ) | Case No. 4:12-cv-129 |
| Linus Poitra and Raymond Poitra, ) ) | |
| Defendants. ) | |

The court shall conduct a status conference with the parties via telephone on April 30, 2014, at 10:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2014.

                                                       */s/ Charles S. Miller, Jr.*
                                                       Charles S. Miller, Jr., Magistrate Judge
                                                       United States District Court