## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Darrel & Janine Gustafson, d/b/a 1 Stop Market, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | Case No. 4:12-cv-129 |
| Linus Poitra and Raymond Poitra, | ) ) | |
| Defendants. | ) | |

The status conference set for April 30, 2014, shall be rescheduled for May 7, 2014, at 3:00 p.m. CDT by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court