# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Darrel and Janine Gustafson, d/b/a 1 Stop Market, | ) ) ) |
| Plaintiffs, | ) ) **ORDER SETTING DISCOVERY DEADLINES AND BENCH TRIAL** |
| vs. | ) ) ) |
| Linus Poitra and Raymond Poitra, | ) Case No. 4:12-cv-129 ) |
| Defendants. | ) |

On May 7, 2014, the court held a telephonic status conference in the above-captioned case. Attorney Reed Soderstrom appeared on plaintiffs' behalf. Defendants Linus Poitra and Raymond Poitra appeared.

The following discovery deadlines and trial date were set during the conference call:

1. The parties shall have until <u>August 15, 2014</u>, to provide the names of expert witnesses and complete reports under Rule 26(a)(2).

2. The parties shall have until <u>September 15, 2014</u>, to complete fact discovery, to file discovery motions, and to complete discovery depositions of expert witnesses.

3. A bench trial is set for <u>October 21, 2014 at 9:30 AM</u> before District Judge Daniel L. Hovland. The trial is set for three (3) days and is the second case on the civil calendar. It will be held at the Federal Courthouse, Courtroom 1, Fourth Floor, 220 East Rosser Avenue, Bismarck, North Dakota.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court